IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LINDSAY THRASHER,                         )
                                          ) CIVIL ACTION NO.:
    Plaintiff,                            ) 5:19-cv-00102-MTT
vs.                                       )
                                          )
SOUTHERN CREDIT BUREAU                    )
CORPORATION,                              )
                                          )
    Defendant.                            )
                                          )

## JUDGMENT

This matter is before the Court on Plaintiff's acceptance of the offer of judgment made by Defendant, Southern Credit Bureau Corp., pursuant to Rule 68 of the Federal Rules of Civil Procedure. Upon review of the file and other good cause shown, the Court enters judgment as follows:

1) Judgment shall be entered against Southern Credit Bureau Corp. in the amount of One Thousand Two Hundred Fifty Dollars and Zero Cents ($1,250.00). This figure being comprised of $1,000.00 in statutory damages pursuant to the Fair Debt Collection Practices Act and $250.00 in actual damages pursuant to the Fair Debt Collection Practices Act.

2) Judgment shall be entered against Southern Credit Bureau Corp. for all reasonable attorney's fees and costs allowable under 15 U.S.C. §

1692k(a). The Plaintiff shall make a good faith effort to reach agreement on the amount of attorney fees before filing a motion under this paragraph. Any attorney's fees and costs recoverable by Plaintiff are to be fixed by the Court in accordance with applicable law if the parties cannot agree on an amount.

3) This judgment is entered solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed either as an admission that Southern Credit Bureau Corp. is liable in this action, that Plaintiff has suffered any damage, or for any other reason.

So Ordered this 3rd day of June, 2019.

S/Marc T. Treadwell
_____
HON. MARC T. TREADWELL
Judge, United States District Court
for the Middle District of Georgia

Prepared and consented to by:

BEDARD LAW GROUP, P.C.

*/s/ Michael K. Chapman*

Michael K. Chapman
Georgia Bar No. 322145
John H. Bedard, Jr.
Georgia Bar No. 322145
4855 River Green Parkway,
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jbedard@bedardlawgroup.com
mchapman@bedardlawgroup.com

*Attorneys for Defendant,
Southern Credit Bureau Corp.*

CLIFF CARLSON LAW, P.C.

*/s/ Clifford A. Carlson*

Clifford A. Carlson
Georgia Bar No. 227503
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
Telephone: (478) 320-4349
cc@cliffcarlsonlaw.com

*Attorney for Plaintiff, Lindsay Thrasher*