# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **LINDSAY THRASHER,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| V. | ) CASE NO.: 5:19-cv-00102-MTT |
| | ) |
| **SOUTHERN CREDIT BUREAU** | ) |
| **CORPORATION,** | ) |
| | ) |
| **DEFENDANT.** | ) |

## CONSENT JUDGMENT AS TO ATTORNEYS' FEES AND EXPENSES PURSUANT TO 15 U.S.C. 1692k(a)

Pursuant to the Judgment dated June 20, 2019 (ECF Doc. 10) and after having time to negotiate the appropriate attorneys' fees and expenses, Defendants are hereby ordered to pay Plaintiff's counsel the sum of $3,500.00 as attorneys' fees and $410.06 as expenses for the prosecution of Plaintiff's Fair Debt Collection Practices Act claims.

**SO ORDERED**, this 22nd day of August, 2019.

        S/ Marc T. Treadwell
        MARC T. TREADWELL, JUDGE
        UNITED STATES DISTRICT COURT

Consented to by:

        /s/ Clifford Carlson
        Clifford Carlson
        Georgia Bar No. 227503

Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
Tel. 478-254-1018
cc@cliffcarlsonlaw.com         ATTORNEY FOR PLAINTIFF


        /s/ Michael K. Chapman
        Michael K. Chapman
        Georgia Bar No. 322145

Bedard Law Group, P.C.
4855 River Green Parkway,
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
mchapman@bedardlawgroup.com         ATTORNEY FOR DEFENDANT